## LIMITED POWER OF ATTORNEY

DB Servicing Corporation, a subsidiary of Discover Bank, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Dale Kennedy of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover unclaimed funds specifically arising from the James Conway bankruptcy matter that belong to the Principal** and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 28th day of November, 2011.

PRINCIPAL:
DB Servicing Corporation, a subsidiary of Discover Bank
FID / EIN: 27-3571858
By: [signature]
Title: BANKRUPTCY DEPARTMENT MANAGER

PRINCIPAL'S ADDRESS:

PO Box 3025
New Albany, OH 43054-3025
(800) 347-5516

ACKNOWLEDGMENT

STATE OF OHIO )
COUNTY OF FRANKLIN )

Before me, the undersigned a Notary Public, in and for said County and State on this 28th day of November, 2011, personally appeared Richard Springer to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Dept Mgr. (Title) and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: 11-16-15

Notary: [signature]

LORI DEELY
Notary Public
In and for the State of Ohio
My Commission Expires
Nov. 16, 2015