IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   JAMES CONWAY           :   Chapter 7
                                :
         Debtor                 :   Bankruptcy No. 08-13403

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Discover Financial Services ("the Movant"), by its attorney-in-fact, Dale Kennedy of American Property Locators, Inc., has filed a Motion for Order Directing Payment of Funds In Court Registry with the court requesting that the court order that certain funds held in the court registry be paid to the Movant.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 13, 2012 you or your attorney must do all of the following:

    (a)   File an answer explaining your position at:

          Office of the Clerk of Court
          United States Bankruptcy Court
          900 Market Street, Suite 400
          Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)   Mail a copy to the Movant's attorney:

          Robert H. Holber, Esquire
          Counsel for Movant
          41 East Front Street
          Media, PA  19063

          (610) 565-5463
          (610) 565-5474 (Fax)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on February 22, 2012 at 10:00 a.m. in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 1/23/12

Robert H. Holber, Esquire
Counsel for Movant
41 East Front Street
Media, PA  19063

(610) 565-5463
(610) 565-5474 (Fax)