UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JAMES CONWAY | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No. 08-13403 ELF |

# ORDER

**AND NOW,** upon consideration of the Motion to Release Funds from the Court Registry ("the Motion") (Doc. # 75), and after a hearing and for the reasons stated in open court, it is hereby **ORDERED** that, **on or before April 4, 2012,** if the Movant has not previously withdrawn the Motion, the Movant, shall file a supplemental exhibit to the Motion to address the issue discussed during its counsel's colloquy with the court, after which the court will issue a decision.

Date: March 8, 2012

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE