B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT OF PA | PROOF OF CLAIM |
|---|---|

Name of Debtor:
JAMES CONWAY

Case Number:
08-13403 ELF

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Discover Financial Services c/o AMO Recoveries

Name and address where notices should be sent:

Discover Financial Services c/o AMO Recoveries
PO Box 926100, Norcross, GA 30010-6200

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

✓ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:**    $ 6,035.78

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** __Schedule F__
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe:

   Value of Property: $_____    Annual Interest Rate ___%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____    Basis for perfection: _____

   Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date:
08/02/2010

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Terry P Dershaw, Chapter 7 Trustee, PO Box 556, Warminster, PA 18974-0632 215.322.8900

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

**DISCOVER**

| New Balance | Minimum Payment Due | Enter Account Number and Enter Amount Enclosed Below |
|---|---|---|
| $0.00 | $1,015.00 | |

Payment Due Date
October 29, 2006    $ [          ]

23 SDSI16491 C01E 33C
CONWAY, JAMES
3418 HARTVILLE ST
PHILADELPHIA PA 19134-1113

Text APP to DISCOV' to receive a link to our free mobile app and pay your bill in seconds from anywhere!

Address, email or telephone change? Print change in space above, or go to Discover.com. Print your email address to receive important Account information and special offers.

PO BOX 6103
CAROL STREAM IL 60197-6103

0000019864586613693690000000000000000101500

## Discover Platinum Card Account Summary

| | | |
|---|---|---|
| Account number ending in | 2244 | |
| Payment Due Date | October 29, 2006 | |
| Minimum Payment Due | $1,015.00 | |
| Credit Limit | $5,000.00 | |
| Credit Available | $0.00 | |
| Cash Credit Limit | $1,500.00 | |
| Cash Credit Available | $0.00 | |

Closing Date: September 29, 2006    page 1 of 1

| | |
|---|---|
| Previous Balance | $6,035.78 |
| Payments And Credits | - 6,035.78 |
| Purchases | + 0.00 |
| Cash Advances | + 0.00 |
| Balance Transfers | + 0.00 |
| Finance Charges | + 0.00 |
| New Balance | = $0.00 |

### Cashback Bonus*

| | |
|---|---|
| Opening Cashback Bonus Balance | $ 0.00 |
| New Cashback Bonus This Period | + 0.00 |
| Cashback Bonus Balance | $ 0.00 |

Cashback Bonus® Anniversary Month: March

### How Can We Help You?
It's your choice - 3 ways to help
Please have your Discover Card available.
For TDD (assistance for hearing impaired) see reverse side

1. Visit Discover.com to pay your bill for no cost, view your latest Account information, earn and redeem rewards and more
2. Call 1-800-DISCOVER (347-2683) for fast, easy self-service options or to speak with a Customer Service Account Manager
3. Write us at Discover Card, PO Box 30943, Salt Lake City, UT 84130

### Transactions

$0 Fraud Liability Guarantee  Use your Discover Card with confidence.

| Trans. Date | Post Date | | |
|---|---|---|---|
| Payments and Credits | | | |
| Sep 30 | Sep 30 | INTERNAL CHARGE-OFF | $ -6,035.78 |

### Finance Charge Summary

current billing period: 14 days

| | Average Daily Balances | Daily Periodic Rates | Nominal ANNUAL PERCENTAGE RATES | ANNUAL PERCENTAGE RATES | Periodic FINANCE CHARGES | Transaction Fee FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | $0 | 0.06162% | 22.49% V | 22.49% | $0 | $0 |
| Cash Advances | $0 | 0.05751% | 20.99% F | 20.99% | $0 | $0 |

The rates that apply to your Account are either fixed (F) or they may vary (V) as noted above.

**DISCOVER**

| New Balance | Minimum Payment Due | Account Number ending in 2244 |
|---|---|---|
| $6,035.78 | $894.00 | Enter Amount Enclosed Below |

Payment Due Date: October 15, 2006

$ [          ]

Please make check payable to Discover Platinum Card. You are overlimit. Pay the sum of the monthly minimum payment plus the overlimit amount of $35.78

Text APP to DISCOV' to receive a link to our free mobile app and pay your bill in seconds from anywhere!

15 3056A01 0015 29
CONWAY, JAMES
3418 HARTVILLE ST
PHILADELPHIA PA 19134-1113

Address, e-mail or telephone changes? Print change in space above, or go to Discover.com. Print your e-mail address to receive important Account information and special offers.

PO BOX 71084
CHARLOTTE NC 28272-1084

0000019864586613673690603578000000000089400

## Discover Platinum Card Account Summary

| | | Closing Date: September 16, 2006 | page 1 of 2 |
|---|---|---|---|
| Account number ending in | 2244 | Previous Balance | $5,989.25 |
| Payment Due Date | October 15, 2006 | Payments And Credits | – 0.00 |
| Minimum Payment Due | $894.00 | Purchases | + 39.00 |
| Credit Limit | $6,000.00 | Cash Advances | + 0.00 |
| Credit Available | $0.00 | Balance Transfers | + 0.00 |
| Cash Credit Limit | $1,500.00 | Finance Charges | + 107.53 |
| Cash Credit Available | $0.00 | New Balance | = $6,035.78 |

You may be able to avoid Periodic Finance Charges, see the reverse side for details.

**Cashback Bonus®**

| | |
|---|---|
| Opening Cashback Bonus Balance | $ 0.00 |
| New Cashback Bonus This Period | + 0.00 |
| Cashback Bonus Balance | $ 0.00 |

Cashback Bonus® Anniversary Month: March

### How Can We Help You?
**It's your choice - 3 ways to help**

Please have your Discover Card available
For TDD (assistance for hearing impaired) see reverse side

1. Visit Discover.com to pay your bill for no cost, view your latest Account information, earn and redeem rewards and more
2. Call 1-800-DISCOVER (347-2683) for fast, easy self-service options or to speak with a Customer Service Account Manager
3. Write us at Discover Card, PO Box 30943, Salt Lake City, UT 84130

### Transactions
$0 Fraud Liability Guarantee  Use your Discover Card with confidence.

| | Trans. Date | Post Date | | |
|---|---|---|---|---|
| Other/Miscellaneous | Sep 16 | Sep 15 | LATE FEE | $ 39.00 |

### Information For You

The address provided in your Cardmember Agreement to request a beneficiary designation form for your Scheduled Air Travel Accident Insurance has changed. The new address is AIG Accident & Health Division, 300 South Riverside Plaza, Suite 2100, Chicago, Illinois 60606-6613.

While we are permitted under the Cardmember Agreement to increase the APRs on your Account because your payment was late, we have chosen not to do so at this time. We have terminated, however, any introductory or promotional rate on purchases and any special balance transfer rate, and applied the standard APR for purchases to your outstanding balance of purchases and balance transfers. However, we reserve the right to increase the APRs on your Account if you fail to pay the minimum payment due by the payment due date. See the Default Rate Plan section of the Cardmember Agreement for details.

Drop card daily. Your Discover(R) Card has you covered with Complete Fraud Protection for your peace of mind. With our advanced fraud warnings, we'll call you right away if there's unusual activity on your account. And if someone makes fraudulent charges with your card, our $0 fraud liability guarantee means you're not responsible.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                              )
James Conway                        )
                                    )    Case No. 08-13403
            Debtor(s)               )    Chapter 7

## AFFIDAVIT OF CREDITOR
## REGARDING OWNERSHIP OF ACCOUNT(S)

State of ___Ohio___        )
                           ) ss.
County of ___Franklin___   )

I, Richard Springer, am the Bankruptcy Department Manager for DB Servicing Corporation, a servicing affiliate of Discover Bank, after being first duly sworn upon oath, states as follows:

1. Discover Bank did not file a proof of claim in the matter because we did not receive a notice of assets in the case.
2. As a result, the trustee in the case filed a proof of claim in the name of Discover Financial Services instead of Discover Bank.
3. That Discover Bank, f/k/a Greenwood Trust Company, and is a FDIC-insured Delaware State bank, and its service affiliate DB Servicing Corporation, extends credit through issuance of the Discover Card. As the servicing affiliate, DB Servicing Corporation performs a variety of Services for Discover Bank including, among other things, marketing, application approval, transaction approval, customer service, security, billing and the collection of delinquent accounts. Both DB Servicing Corporation and Discover Bank are both wholly owned subsidiaries of Discover Financial Services.
4. My name, address and telephone number are as follows:
   Richard Springer
   Department Manager
   DB Servicing Corporation
   PO Box 3025
   New Albany, OH 43054-3025
   (614) 283-1090

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

_____          03/29/12
Richard Springer                       Date
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025


## ACKNOWLEDGMENT

STATE OF ___Ohio___
COUNTY OF ___Franklin___

Before me a Notary Public, in and for said County and State on this 29th day of March 2012, personally appeared Richard Springer, known to me to be the identical person who subscribed his/her name to the foregoing instrument as its Bky Dept Manager, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
___11/16/15___

_____
Notary Public

LORI DEELY
Notary Public
In and for the State of Ohio
My Commission Expires
Nov. 16, 2015