**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JAMES CONWAY | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No.  08-13403 ELF |

# O R D E R

**AND NOW,** after a hearing held on **March 7, 2012** on the Motion to Release Funds from the Court Registry filed by Discover Financial Services ("the Motion")  (Doc. # 75), and the court having granted the Movant leave to supplement the record with additional evidentiary matter (see Doc. # 80), and the Movant having failed to submit any additional evidence by the deadline set by the court,

It is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

Date:  April 9, 2012

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE